# EXHIBIT 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brian Jeffrey Wise**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0025<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 24–10263–BFK | |

# Discharge of Debtor                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Jeffrey Wise

June 6, 2024                                               **For the court:**   William C. Redden
                                                                              Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Case 24-01622-BFK Doc 23 Filed 06/18/24 Entered 06/18/24 09:24:30 Desc Imaged
Case 1:23-cv-01740-CJN Document #: 96-8 Filed: 08/13/24 Page 4 of 14 PageID #:846
Certificate of Notice   Page 2 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Discharge of Debtor** page 2

United States Bankruptcy Court
Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-10263-BFK |
| Brian Jeffrey Wise | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MichelleS | Page 1 of 3 |
| Date Rcvd: Jun 06, 2024 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Jeffrey Wise, 36460 Shoemaker School Road, Purcellville, VA 20132-3958 |
| 16344620 | | American Express (ARO-AmEx), PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 16344622 | + | American Express (WisePA Blue), PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 16344623 | + | American Express (WisePA Gold), PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 16344630 | + | First Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 16344633 | | Kaiser Permanente, P.O. Box 6499, Baltimore, MD 21264-4199 |
| 16344634 | + | Lee Jacobson, Esq., Jacobson Legal Services LLC, 100 N. Riverside Plz Ste 2400, Chicago, IL 60606-1557 |
| 16344635 | + | McDonald Hopkins, Suite 2100, 600 Superior Avenue, E, Cleveland, OH 44114-2653 |
| 16344637 | + | Quinlan Kershaw & Fanucchi,LLP, 2125 Merced St, Fresno, CA 93721-1709 |
| 16344638 | + | Referral Rewards, LLC, 10285 West Lincoln Highway, Frankfort, IL 60423-1279 |
| 16344639 | + | Regus HQ, 12020 Sunrise Valley Drive, Suite 100, Reston, VA 20191-3429 |
| 16344640 | + | SBA (EIDL), 409 3rd St., SW, Washington, DC 20416-0005 |
| 16347452 | | U.S. Attorney, Courthouse Square2, 100 Jamieson Avenue, Alexandria, VA 22314 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDFKING | Jun 07 2024 04:17:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| cr | | Email/Text: litbkcourtmail@johndeere.com | Jun 07 2024 00:32:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| cr | ^ | MEBN | Jun 07 2024 00:25:19 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O Box 347 (MSC #31), Leesburg, VA. 20178-0347 |
| 16344619 | | Email/PDF: bncnotices@becket-lee.com | Jun 07 2024 00:50:16 | American Express, PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 16344621 | | Email/PDF: bncnotices@becket-lee.com | Jun 07 2024 00:50:09 | American Express (Hilton- AmEx, PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 16344625 | | EDI: JPMORGANCHASE | Jun 07 2024 04:17:00 | Chase (Hyatt-Visa), PO Box 1423, Charlotte, NC 28201-1423 |
| 16344627 | | EDI: CITICORP | Jun 07 2024 04:17:00 | Citibank (AAdvantage - M/C), PO Box 6077, Sioux Falls, SD 57117-6077 |
| 16344628 | + | EDI: CITICORP | Jun 07 2024 04:17:00 | Citibank - Costco, PO Box 70272, Philadelphia, PA 19176-0272 |
| 16344631 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 07 2024 00:32:00 | Goldman Sach (Apple Card), LOCKBOX 6112 |

Case 24-10172-BFK Doc 23 Filed 06/08/24 Entered 06/08/24 00:16:29 Desc Imaged
Case 21-11222-BFK Doc 88 Filed 06/13/24 Entered 06/13/24 09:45:16 Page 5 of 6 Desc Main

Certificate of Notice Page 4 of 5

| District/off: 0422-9 | User: MichelleS | Page 2 of 3 |
| Date Rcvd: Jun 06, 2024 | Form ID: 318 | Total Noticed: 30 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | P.O. BOX 7247, Philadelphia, PA 19170-0001 |
| 16344624 |  | EDI: JPMORGANCHASE | Jun 07 2024 04:17:00 | Chase, PO Box 1423, Charlotte, NC 28201-0000 |
| 16344626 |  | EDI: JPMORGANCHASE | Jun 07 2024 04:17:00 | Chase (United), PO Box 1423, Charlotte, NC 28201-0000 |
| 16344632 | ^ | MEBN | Jun 07 2024 00:25:58 | John Deere Financial, PO Box 4450, Carol Stream, IL 60197-4450 |
| 16344636 |  | EDI: NAVIENTFKASMSERV.COM | Jun 07 2024 04:17:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 16347270 | ^ | MEBN | Jun 07 2024 00:25:18 | Treasurer, County of Loudoun, Virginia, Attention: Collections/Bankruptcy Div., P O BOX 347 (MSC #31), Leesburg, Virginia 20178-0347 |
| 16344641 | + | Email/Text: bankruptcy@bbandt.com | Jun 07 2024 00:33:00 | Truist, PO Box 580048, Charlotte, NC 28258-0048 |
| 16344642 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 07 2024 00:33:00 | US Department of Education, National Payment Center, P.O. Box 7860, Madison, WI 53707-7860 |
| 16344643 | + | EDI: WFFC | Jun 07 2024 04:17:00 | Wells Fargo Bank, P.O. Box 5137, Des Moines, IA 50305-5137 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, First Home Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 16344629 | ##+ | Fairfax Radiology Centers, 2722 Merrilee Dr, Suite 230, Fairfax, VA 22031-4416 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com;shalonte.harrod@ofplaw.com |
| Gerard R. Vetter | ustpregion04.ax.ecf@usdoj.gov |
| Justin Fasano | on behalf of Debtor Brian Jeffrey Wise jfasano@mhlawyers.com jfasanoecf@gmail.com;jfasano@ecf.courtdrive.com;sshin@mhlawyers.com;dmoorehead@mhlawyers.com |
| Mark David Meyer |  |

on behalf of Creditor First Home Mortgage Corporation bankruptcy@rosenberg-assoc.com

TOTAL: 4